PROBATION FORM NO. 35        Report and Order Terminating Probation/
(DSC 8/17)        Supervised Release
       Prior to Original Expiration Date

# United States District Court

FOR THE

District of South Carolina

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Wesley Washington | ) | Crim. No. 9:18CR00687-1 |

On October 30, 2024, the above-named individual was sentenced to an 18-month term of supervised release. The term of supervision commenced on December 6, 2024. Since that time, he has complied with the rules and regulations of supervised release and qualifies for early termination according to the Guide to Judiciary Policy, Vol. 8E, §360.20(c) and the U.S. Sentencing Guidelines § 5D1.4.

Respectfully submitted,

Joseph Dannon James
United States Probation Officer

ORDER OF THE COURT

Pursuant to the above report, and after conducting an individualized assessment in consultation with the U.S. Probation Office, it is ordered that the defendant is discharged from Supervised Release and the proceedings in the case be terminated.

Dated this __15th__ day of __December__, 20 __25__.

The Honorable Bruce Howe Hendricks
United States District Judge